1  LAURIE A. TRAKTMAN (SBN 165588)
   email: lat@gslaw.org
2  **GILBERT & SACKMAN**
   A LAW CORPORATION
3  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
4  Tel: (323) 938-3000
   Fax: (323) 937-9139
5
6  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' SAVINGS PLAN OF SOUTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, | Case No. 2:09-cv-05142-PSG-VBK<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>Hon. Philip S. Gutierrez<br>Location:    Courtroom 6A |

|   |   |
|---|---|
| Plaintiffs, | |
| v. | |
| INDEPENDENT AIR GROUP, INC.; RICHARD DON JUAN AGUILERA; CONNIE GASTELUM AGUILERA, individuals, | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

The judgment to and against Independent Air Group, Inc., Richard Don Juan Aguilera; and Connie Gastelum Aguilera, jointly and severally, the Default Judgment entered on December 1, 2010 is hereby renewed in the amounts set forth below:

Renewal of money judgment:

   a.   Total judgment: $72,727.99

   b.   Costs after judgment: $500.00

   c.   Attorneys fees: $10,000.00

   d.   Subtotal (add a, b, and c): $83,227.99

   e.   Credits after judgment: $55,944.61

   f.   Subtotal (subtract e from d): $27,283.38

   g.   Interest after judgment: $27,201.16, calculated at the rate of 10% per annum from the date of entry of the judgment on December 1, 2010 to November 16, 2020.

   h.   Fee for filing renewal application: $0.00

   i.   Total renewed judgment (add f, g, and h): $54,484.54

Dated: _11/24/20_____   By Clerk of Court: *Yvette Louis*

2
RENEWAL OF JUDGMENT BY CLERK